John O. Avery ISB No.- 3407
Ryan E. Farnsworth ISB No.- 8885
Attorney at Law
410 Yellowstone Avenue
Pocatello, ID 83201
Telephone: (208) 232-3020
Facsimile: (208) 904-4905

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 19-40229-JMM |
| Jeremy and Chelsie Kelly | RESPONSE TO TRUSTEE'S OBJECTION TO EXEMPTION |
| Debtors. | |

Comes now, Debtors Jeremy and Chelsie Kelly, by and through counsel of record, and hereby responds to Trustee's Objection to Claim of Exemption (Dkt. No.42 ) as follows:

The vehicle on which Debtor claimed the exemption is registered, insured, legal to operate on the public highways and used for the support of Debtor and his dependents. Debtor uses it to travel to work and clear snow in the winter.

Wherefore, good cause appearing, Defendant hereby moves that the Trustee's Objection to Claim of Exemption be denied. It is so moved.

DATED this 10th day of June, 2019.

/s/ _____
Ryan Farnsworth
Attorney for Debtor